JXM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

RECEIVED

OCT 06 2023 *EW*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Betty Johnson _____ )
_____ )
)
)
)
Plaintiff(s), )
)
v. )
G4S Secure Solutions USA )
Allied Universal Security Services LLC )
& Universal Protection Service LLC )
Defendant(s). )

(EEOC Case - 440-2021-04419)

**23-cv-14605**
**Judge Kness**
**Magistrate Judge Gilbert**

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Betty Johnson _____ of the
county of Cook _____ in the state of Illinois.
(1/3, see attached) - attached includes agents
3. The defendant is G4S Secure Solutions USA _____, whose
street address is 701 Willowbrook Centre Parkway _____,
(city) Willowbrook (county) DuPage (state) IL (ZIP) 60527
(Defendant's telephone number) (630) ☒ 402-6324. (original, now
unrelated business,
G4S was purchased
in April 2021
see attached) Coriginal, now assigned to another

4. The plaintiff sought employment or was employed by the defendant at (street address)
North Washington Library,
Chicago Public Library, Main, 400 S State (city) Chicago
(county) Cook (state) IL (ZIP code) 60605

Various Chicago Public Libraries. My post changed weekly
and sometimes daily. Main Chicago Public Library address
is above, But I was posted in Oriole Park, Lincoln Park,
the Near West Side, Buena Park, Rer NW side and other lo-
cations and we had meetings in rented storefronts across town.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

Extra page for section 2. of
complaint of employment discrimination

(2.) Defendant 1/3 G4S Secure Solutions USA still lists agent as:
Prentice Hall Corp, 801 Adlai Stevenson Drive, Springfield,
IL, 62703; appears to now operate as Corporation Service Company
(see below) in Springfield. 217-544-5900 same address)

Sangamon won Co.

Defendant 2/3 Allied Universal Security Services LLC (Chicago Office)
(aus.com 2/3 Cook Co) 303 East Wacker Drive Ste 1500 Chicago IL 60601
312 755 0200, other suburban/regional locations in IL.

Agent Illinois Corporation Services Company/Corporation Services
801 Adlai Stevenson Drive Springfield IL 62703 Company
217-544-5900

Cook Co 1

Defendant 3/3 - Universal Protection Service LLC, 801 Adlai
Stevenson Drive, Springfield IL 62703
Per ILSOS business listing (Secretary of State)
Websearches turn up addresses for it that are
Rosemont and Tinley Park locations of Allied
Universal but phone #s disconnected. There
was a Fair Labor Standards Act case filed
against them July 26 2022 though —
James vs. Universal Protection Service, LLC
3:2022 cv 1668 in US. Dist Court For Southern
District of IL (Plaintiff seems to have exhausted
out t missed deadlines)
→ So use same address as others. (801 Adlai... )

Sangamon County IL

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.   The plaintiff [*check one box*]

(a)  ☐   was denied employment by the defendant.

(b)  ☐   was hired and is still employed by the defendant.

(c)  ☑   was employed but is no longer employed by the defendant.

6.   The defendant discriminated against the plaintiff on or about, or beginning on or about,
(month) December , (day) 15 , (year) 2019 .

7.1  *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a)  The defendant is not a federal governmental agency, and the plaintiff
[*check one box*] ☑*has* ☐*has not* filed a charge or charges against the defendant

asserting the acts of discrimination indicated in this complaint with any of the

following government agencies:

(i)  ☑ the United States Equal Employment Opportunity Commission, on or about

The EEOC name appears on EEOC filings

(month) May (day) 24 (year) 2021 . ALSO

(ii)  ☑ the Illinois Department of Human Rights, on or about did file with
Chicago Commission on
(month) May (day) 24 (year) 2021 . Human Relations 04/
21/21.

(b)  If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2  The defendant is a federal governmental agency, and

(a)  the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month) _____ (day) _____ (year) _____

    ☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

    (day) _____ (year) _____ .

(c)    Attached is a copy of the

    (i) Complaint of Employment Discrimination,

        ☐ Yes    ☐ No, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

        ☐ Yes    ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a) ☐    the United States Equal Employment Opportunity Commission has not

        issued a *Notice of Right to Sue.*

    (b) ☒    the United States Equal Employment Opportunity Commission has issued

        a *Notice of Right to Sue*, which was received by the plaintiff on

        (month)__07____ (day)__11__ (year)__2023__ a copy of which

        *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

    *those that apply*]:

    (a) ☒ Age (Age Discrimination Employment Act).

    (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☒ failed to promote the plaintiff.

(d) ☒ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): had/made rework unpaid time daily before and after clock in/clock out, and forced me outside in -20°F

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016 wind chills with no coat, gloves, hat, outerwear, in just thin pants and shirt. 4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13.     The facts supporting the plaintiff's claim of discrimination are as follows:

Please see attached

_____

_____

_____

_____

14.     [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.     The plaintiff demands that the case be tried by a jury.  ☐ Yes ☒ No

16.     THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a)     ☐ Direct the defendant to hire the plaintiff.

(b)     ☐ Direct the defendant to re-employ the plaintiff.

(c)     ☐ Direct the defendant to promote the plaintiff.

(d)     ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)     ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f)     ☐ Direct the defendant to (specify): _____

_____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g)  ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages,
        liquidated/double damages, front pay, compensatory damages, punitive
        damages, prejudgment interest, post-judgment interest, and costs, including
        reasonable attorney fees and expert witness fees.

(h)  ☒ Grant such other relief as the Court may find appropriate.

_Betty_

(Plaintiff's signature)

Betty Johnson

(Plaintiff's name)

3312 S. Carpenter #1RR

(Plaintiff's street address)

(City) Chicago _____ (State) IL _____ (ZIP) 60608

(Plaintiff's telephone number) (872) – 239 2653

                                    Date: October 3, 2023

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

**Extra pages for section 13 of complaint of discrimination Betty Johnson P1**

### .NOVEMBER 2019

I was hired by Respondent G4S USA as a Security Officer on November 18, 2019. trained for four days at G4S Regional Office: G4S Chicago, 701 Willowbrook Centre Parkway, Willowbrook, IL 60527, Phone: (630) 402-6324,, Fax: (630) 920-4433, location for sale, phones now defunct. I possessed a PERC card and acquired 20 hours training and first aid/AED certificate. G4S was purchased by Allied Universal in April 2021 but retained G4S branding on library security guard post orders/instructions at McKinley Park Library in late May 2021 and per Rochelle Jackson, former guard at Bridgeport's Daley Library. Allied and perhaps its subsidiary Unversal Protection Service still retain the libraries contract. G4S was a subcontractor to AIS, www.aissecuritysolutions.com, local phone now NIS, security@alliedinternationalsupport.com, HQ in Dubai, itself subcontractor to 2FLN (?), formerly city Facilities and Fleet Management. I was assigned to work Chicago Public Libraries' Oriole Park Branch, 7454 W. Balmoral in Chicago nearly FT.

At the Willowbrook training trainers included a Wisconsin staffer who paid me unwanted attention; Zohel Zabih who conducted first aid/AED training, and Anthony Cano, Manager, HR Chicago Area, Mark Paladino, Regional HR Assistant. Shortly in Chicago I met Marquita Dorsey, Regional Field Manager, Maxine Nabors, Field Supervisor, G4S Chicago, and we had some subcontracted- space meetings at 1122 N. LaSalle, Chicago [an active church], IL 60610  phones now disconnected, and in a storefront at 5401 S. Wentworth.Cano's cell is restricted, Nabors' cell may still be functional but she has retired per social media. Cano and Paladino have moved on.


At the Willowbrook training I got comments about my fitness, age, and walking 5 miles+ in in snow from Clarendon Hills train station. I was nicely dressed but bundled and that got too much attention from Wisconsin trainer. We were also administered the entire, archaic version of Pearson Publishing's MMPI/Minnesota Multiphasic Personality Inventory, which I scored when an undergrad psychology research assistant in 1983 and followng. It was breathtakingly prejudiced then; most current users clip offensive questions, rendering its originally questionable statistical scales wildly invalid. Questions about gender are based in the restrictive 1950s. I protested to Zohel Zabih who was administering it but was told to complete it. Approx. sample question: I feel pretty in dresses! (if girl) or I feel handsome in a shirt, pants and tie! If boy: Y/N. The test hit every offense possible. Also assigned clothing was cartoonishly gendered; female pants had tiny waists and enormous thighs; my 25" waist was too big for anything remotely fitting the rest of my 5/4" 100 lb. frame. Men were allowed to select baggy pants but I garnered too much 'help' from the Wisconsin trainer trying to get a fit. Women were excessively told beyond men to get expensive tailoring, although fabric was too cheap to hold stitches.

We were also continuously marketed to presenting G4S as a place where staff **with only high-school educations** could miraculously **get promoted** within three months, get positions in Europe, etc. This became a pattern of marketing in emails where staff "heroically" did things we were not supposed to do; deliver babies, fight perpetrators, etc. Our data was also relentlessly and illegally sold as we found ourselves possessors of investment accounts we never signed up for, for-profit technical schools we never enrolled at, etc.

I was 54-55 when the incidents below occurred. I am asthmatic, clearly a lifelong thing. I have Raynaud's Syndrome, lifelong, an autoimmune deficiency causing extreme hand and foot pain in cold. I have hip pain managed occasionally managed by physical therapy and exercise but difficulty standing continuously. Hip damage doesn't backtrack without surgery. I have brain injury from childhood battery and a 2017 concussion and cerebrovascular disease. Those cells don't grow back. My regional supervisor Maxine Nabors and subsequent site supervisors were made aware of all disabilities. I have poor facial recognition from childhood head injury; it's hard to hide, but recognize clothing, stance, etc. I am from an economically distressed background and live in a historically poor neighborhood. I have a Bridgeport accent.

**Extra pages for section 13 of complaint of discrimination Betty Johnson P2**

I am fairly asexual. I have a gender-ambiguous face, due to jaw, chin, nose, eye socket and browbone breaks in childhood, and an Indigenous ethnicity not understood here (Sami people). In winter my gender presentation is unisex due to smallness (5'4", 100 lbs.), low blood pressure,public transit waits and conditions that require me to bundle up and due to a not feminine face or voice. I acquire the "guy" variant of any local accent. I get mistaken for a small man regularly, or a same-sex partner of male friends. I went through college identified as a man by administrative offices despite correction attempts. I cashed college grant checks as "Johnson Betty", a small South Asian dude. Noone blinked.

**DECEMBER 2020**

---

**RACE, DISABILITY:** In our mid-December 2019 and also Feb 12 2020 meetings, we were instructed by Marquita Dorsey, Field Manager at the North Dearborn office and Nabors' supervisor, and also Nabors, that we had to lie to police to get them to the libraries to handle any homeless people that wouldn't stop sleeping or eating or smoking: we had to say they were a danger to themselves and others and that we were **afraid**. I never did that; I talked sleepy or hungry people into going outside. I consider lying to the police discriminatory and making a hostile environment. Post orders at libraries gave same instructions – "I'm in danger!" Given that I get mistaken for Hispanic, South Asian, Jewish, and (in Bridgeport) Xinjiang Uyghur and grew up partly homeless I found this offensive and commented that a sleeping guy is not a danger, just told to do it. Given the largely BIPOC, homeless, disabled, elderly population using the libraries as a day shelter the optics here are bad. I was instructed to be racist or, at best, classist; to discriminate against people without option and affect their records and access to services like overnight shelter.

Optics got worse during the Dec 29 2019 training when 120+ guards were distributed the *name, age description and address of a minor, African-American library sexual assault victim* and her mother, unusual names easily findable, in an incident report. I asked the room including Marquita Dorsey, and Capt. Nabors why we were looking at a minor victim's details and no response. I still feel I should contact the Children's Advocacy Center about this breach.

I was stationed at Oriole Park Library, starting 11/26/2019 and met with Maxine Nabors, my direct field supervisor who called herself Captain Nabors. I had a long commute on public transit and a mile-plus walk at the beginning and end of that. As the cold increased I was under fire from Maxine Nabors for wearing too much outerwear, and putting it on inside the library before close and lock. I was under pressure to sign out well before closing procedure; i.e. close without pay. I also did a round of open-up without pay before signin.The phone sign-out procedure was 5 minutes long; alarms went on 2 minutes after close and I had to extract outerwear from back area prior to this to be last person out to check doors. Putting on outerwear inside is not fashion or about sex but simply practical to make a deadline and prevent injury. But I was pressured to freeze for no pay. Ms. Nabors made it about appearances and gender presentation. She told me not to put outerwear on inside Dec. 23, 2019 although I said I had hand pain outside in cold. I told her I had Raynauds and needed men's double lined gloves and she said I could just use elastic gloves, a no with Raynaud's, and run over to the Park District building and put on outerwear but they were often closed and not friendly to this. I talked to Michelle my CVS head pharmacist 12/23/19 at 741 W. 31st St. Chicago, 60616, and said I was considering a hospital visit for stress and she had me check my bp, usually c.100/70, and pulse and I was at 133/85, pulse 96. I had nightmares because I grew up partly homeless with hands hurting.

This library operated in a wealthy district next to a wealthy school and had a country-club atmosphere fostered by CPL staff. They and also Capt. Nabors took my necessary outerwear to be an unfeminine, unbecoming embarrassment rather than a necessity for a 5'4" 100 lb. individual with low blood pressure. Note that the janitor Shawn, another outsourcer, was under no such pressure to look slick. When the temperature dropped in a snowstorm in mid-December the head librarian Peter had a frown and snort when

**Extra pages for section 13 of complaint of discrimination Betty Johnson P3**

I said I'd be wearing snow pants the next day. Nabors particularly derided my "gear" as a form of gender expression that was not acceptable and talked about it derogatorily and prevented me from putting it on

inside the facility when we closed. She would also haul at my shirt and pants to make them tighter, advise tight tailoring, criticize my male gloves etc. Rules in handbook stated no hair below collar but she criticized my bun and said I needed "a hairdo" and pulled at my bun.

It was also clear that I was from too low an economic class for this library and that when I showed interest in public art there as valuable/needing protection I was inappropriately "stepping up" according to Lyndy, the 2ⁿᵈ in command there. In mid-December 2019 staff allowed teen schoolkids to break public property in the community room and strew toys, food wrappers etc. everywhere leaving me and and the janitor Shawn to clean it. I told the kids they were too old for this behavior, irritiating Lyndy, who subsequently described me as 'old-school' and shriveled, no last name listed anywhere, whose sons were friends with the kids. I had gotten one kid to help clean. The Head Librarian, Peter, on Dec. 11. 2019 also talked about his *one ride* on the CTA as an exotic and dangerous experience (Peter is large and physically imposing, while I'm not) and I was talked about derogatorily for 'having' to ride the CTA. Staff were uncomfortable sharing the tiny break room with me and did not wish to eat with me; when they occupied all chairs I ate standing while younger folks sat. There were no other spaces to eat; Park District field house bans it.

It was clear that my gender presentation was too ambiguous for this country club library and my immediate supervisor. The fashionable librarians wore their coats too tight, something I don't consider comfortable. I am not remotely interested in showing secondary sex characteristics in the dead of winter. I was up against the implication that my gender presentation wasn't sufficiently feminine, whereas later male guards at various libraries, including my supervisors like Mark Taylor at Sulzer Library, and a younger, kindly male supervisor Juarez, were allowed to wear oversized uniforms and coats, hats, gloves, scarves with no comment.

### JANUARY2020

At Oriole Park Library, I was informed by Nabors that I was mostly supposed to be circulating but could sit occasionally by the circulation desk, and was required to sit there when children entered after school. Oriole Park Library, 7454 W. Balmoral Avenue, Chicago, 60656, IL. Head Librarian Peter ? has now retired per office of Maggie Clemons, Deputy Commissioner, Library Operations and Patron Experience, (312) 7474020, mclemons@chipublib.org, a Melissa Wagner is now in charge, no other data available.2ⁿᵈ in Command was named Lyndy, no last name given. Oriole Phone: (312) 744-1965, staff not published.

**Gender presentation:** In winter my gender presentation is unisex due to smallness (5'4", 100 lbs.), and conditions that require me to bundle up and a not feminine face (to Americans unfamiliar with Indigenous diversity). I get taken often for a man. I was significantly bullied by my direct supervisor and other supervisory people about not looking "girly" enough. I have long hair in a bun. I was told I needed a "hairstyle". Uniform pants for females had tiny waists and huge legs; my 25" waist was somehow too big for any pants that would fit well elsewhere and I was told to get expensive tailoring and show my figure while men were allowed to have fabric slopping everywhere. I am slight and got criticized by Maxine Nabors and library staff at Oriole for not having feminine enough outerwear in 20-below F weather (tiny coats don't keep 100 lb bodies warm). Particularly, my male gloves came under fire. This was daily and did not stop. Librarians and Nabors tried to force me into the cold leaving coat, wraps, phone etc. in locker and having a 1.5 mile walk to train in shirtsleeves with no money. Oriole librarians criticized my unpainted nails. They ridiculed me as "ready to jump over the counter" regarding an upset patron WHILE I was explaining that our computers took time to shut down because big system. They described other non-feminine typical

**Extra pages for section 13 of complaint of discrimination Betty Johnson P4**

behaviors. Men were allowed to wear substantial outerwear with no comment. I had a mile walk to transit from library and from endpoint to home. My coats are lovely but still got criticized.

**Between 01/06-01-16 2020 I took a VESSA leave with proper City and G4S paperwork approved by Anthony Cano. VESSA states that it is illegal to retaliate on basis of domestic violence or sexual assault indicated by the leave. I also had a letter from Lizzie Berry, staffer at Resilience, explaining the leave given to Anthony Cano. On my return 1/17 "Capt." Maxine Nabors told me that my hours would be cut from nearly full-time and I would circulate daily amongst many libraries. The Oriole librarians, relayed to me by Nabors, had described me as "sitting constantly" which was incorrect; I usually sat down once, to greet schoolkids coming in, which Nabors actually instructed me to do exactly The librarians made up other fictions about me, including that I "pinched children's cheeks" per Capt. Nabors (I'm not 100, and it's not 1870). This was retaliation for my insistence on at least wearing gloves to go outside in -20F windchills. I protested as even longer commutes for shorter shifts i.e. five hours commute time for 4 hours shift were indicated but she said Oriole did not want me. Thereafter schedule routinely changed last minute, less than 24 hours notice with no boost in pay and I was once asked to hop in a stranger's car to change location and refused.**

On 1/14 I saw my PCP because my hands were freezing putting my outerwear on outside and I was having nightmares. He put me on medication for hands that was non-necessary except for this situation. All of my clothing is expensive and nice, I just have to bulk up to stay warm.

Oriole Park Library indicated they wanted a different guard and then I was stationed daily at different libraries with a fluctuating schedule and fewer hours for longer commutes. These other libraries didn't care what I looked like, and sometimes tried to have me hit the CTA early, whereas I insisted on being last person out per rules, but Nabors continued to deride my "gear" as a "problem" rather than normal outerwear and would occasionally tug at my uniform. I am not a dolly because I'm small; also I belted the uniform up so that friends and strangers said I looked quite trim. The Dearborn office didn't have anything that would fit curves I do have, and Nabors told me again in Feb 2020 to get tailoring for that. I had hand-hemmed the uniform slacks appropriately whereas male guards were not required to tailor at all; they typically had acres of fabric slopping around their rears and ankles. I indicated a lack of vanity about the uniform that did not go over well. It was clear I considered outside tailoring a waste of minimum-wage pay; it was clear that my attitude was considered insufficiently feminine. I felt pressured to drive in to work to wear light, feminine, fitted outerwear. I do not drive. **In November/December of 2019 I worked a concurrent security job at the only not-robbed holiday cell phone store in an area thick with them; I was an impenetrably cheery host including to foks with guns! and NO supervisor had a problem with my clothing. They're still friends.**

By early January 2020, Marquita Dorsey and Maxine Nabors made a new rule that although security guards had desks, they could not sit for four straight hours. I adhered to the rule but expressed that this caused hip and foot pain. By Feb 7 I was taking 400 mg of ibuprofen 3x in a 4 hour shift. Some longer-term staffers were allowed to sit informally. **This rule was the equivalent of a drop-out class in college; designed to cull anyone too old or infirm to bear pain. This was instituted in early January 2020 when other countries said a pandemic was imminent. This can be construed as a rule to get rid of old folks.**

**I can possibly support an age discrimination claim** because I responded to a new rule in January 2020 that employees not sit at all during a 4-hour shift; that that hurt my hips due to effects of aging. Also I was supposed to be outside in mid-winter without gloves and said I had an issue of aging with that. Also Cano has met and spoken with me; I am clearly over 40. **Meanwhile local G4S offices seemed swamped with admin work, administrators' leaves and PTOs etc. But Cano refused me even help with the employee**

**Extra pages for section 13 of complaint of discrimination Betty Johnson P5**

**portal to see if advertised work-from-home jobs existed. In this light I can see my termination as retaliation also for asking about other positions that accommodated my disabilities.**

It was clear that my gender presentation was too ambiguous for this country club library and my immediate supervisor. The fashionable librarians wore their coats too tight, something I don't consider comfortable. I am not remotely interested in showing secondary sex characteristics in the dead of winter. I was up against the implication that my gender presentation wasn't sufficiently feminine, whereas male guards at various libraries, including my supervisors like Mark Taylor at Sulzen Library, and a younger, kindly male supervisor Juarez, were allowed to wear oversized uniforms and coats, hats, gloves, scarves with no comment.

### FEBRUARY 2020

**I biked to a meeting Feb 7 at 1122 N. LaSalle from Bridgeport and got sexually charged and agediscriminatory comments *about biking*. Supervisor Maxine Nabors said she "wouldn't be putting a bike up between her legs at her age" (Internet sources have her as 1.5 years older than me), frowning at me continuously as if I were indiscreet. I've seen Kathy Bates *parody* this attitude in a movie about 1890s spas and wellness crazes. So the idea of "bicycle smile"(in Bates' *flawless* delivery) is a BIT outdated. Male coworkers began to make comments about it around her too so she put me at risk, naming me as a "loose woman".**

I and the librarians were clear a pandemic was hitting. It started like medieval plagues and spread like them. I assisted a very ill homeless man with all Covid symptoms of the era, kept him awake because I thought he had encephalitis due to extreme headache, fever, red eyes, ambulanced him out and promptly got sick; I was at Uptown library where patrons were already critically ill due to overcrowding at several nearby shelters. They were falling off chairs. I saw a doctor 2-24-2020 and returned to work promptly after ~two days off sick.

### MARCH 2020

In late February around 2/18/2020 I began to join up virtually with a neighborhood group, formalizing ideas about a mutual aid 3/3/2020 and fully fledged by 3/11. I became a hotline and later wellness lead, volunteering almost full-time from home virtually, wrote a resource guide used citywide and became a defacto caseworker. I acted fast due to having comorbidities of asthma and head injury/cerebrovascular disease, lacking intervening relatives, and having the barrier to care of a clear medical history of having been a sexually trafficked child or child commercial sexual exploitation. I have had providers refuse to treat on that basis and feared undertreatment/no treatment, mistreatment in hospital so I joined up with citywide organizations as protection but they found my persistence useful.

3/9/2020 I had expressed to Nabors and Marquita Jackson, Nabors' supervisor at 1127 N. Dearborn office that I was afraid of COVID due to age and asthma and wanted masks, gloves, and antiseptic but Nabors downplayed risks and said that the libraries would provide that. The librarians kept these for themselves as we were outsourcers.The outsourced cleaning staff tried to help with any extras. Meanwhile G4S pumped out PR materials to staff about how gloves weren't necessary and only hand-washing was needed; however library bathrooms were often limited and shared with patrons so frequent washing wasn't possible.

My last day of work before COVID closing was 3/17/20; I was at Sulzer Regional Library which closed early and suddenly because librarians called a sick-out and shut it. They had sporadically called sick-outs since 3/1. Sick-outs followed and work wasn't realistic. Pandemic was already declared 3/11, obvious since

**Extra pages for section 13 of complaint of discrimination Betty Johnson P6**

February. I hedged until I could get a doctor's note 3/19 which I submitted to Anthony Cano, Manager, HR Chicago Area, on 3/29 as the libraries, city, and state were closed. The note said to quarantine due to underlying condition.

Libraries officially closed March 20. I emailed Anthony Cano 3/20/20 to say I had asthma and asked for a short-term leave and my doctor would send a letter. He did and I sent it. I also sent FMLA paperwork which was acknowledged.

#### APRIL 2020

All spring and summer 2020 staff got marketing emails from G4S CEO Drew Levine with memoria for employee COVID deaths and I got texts from Nabors about locally deceased COVID employees. I can surmise that my termination was a strategic decision based on my comorbidities. The local offices were swamped with admin and marketing work I could have done from home. They were visibly maneuvering around work-from-home administrators' plentiful leaves and PTOs, etc. But Cano refused me even help with the employee portal to see if advertised work-from-home jobs existed. In this light I can see my termination as retaliation also for asking about other positions that accommodated my disabilities.

I was in contact with Active Transportation Alliance and the busdriver's union rep about safety of CTA. They responded kindly and one of our local Halsted bus drivers died.

#### MAY 2020

**5/18/20** I got alert via text from 'Capt' Nabors that libraries might be opening in group text.. I corresponded with Marquita Dorsey, Anthony Cano, Mark Paladino, Julie Barr the Willowbrook secretary that I would ask my doctor about returning. I got another doctor's note 5/18/20 saying my return was not recommended due to asthma. Note Anthony Cano has met me and knows my approximate age; we've spoken on his cell before and during COVID and my voice is clearly over 40, and *he was working from home, as were all administrative staff, from late March through mid-August when he fired me. I have at least fifteen years administrative experience on most of these work-from-home staff.*

**June 1 2020-**Libraries were then set to open a limited schedule at select sites; i.e. not much opportunity for work. **That got pushed back to July 1.** I got another **doctor's note, 6/15,** indicating that I had difficulty wearing masks due to asthma and would G4S please take that into account; public work not recommended for me. This was sent to Cano.

#### AUGUST

**Aug 6, 2020** Anthony Cano emailed asking for an update on my status since I had over 140 days of no earnings and said they needed a tight timetable for my return and **he would need information by 8/12/2020**. At this time there were few, sporadic, or **no hours available** at the libraries as hours were cut and long-time staff had those slots. I **replied 8/10 that I had a doctor's appointment to discuss this.** *I got an autoreply that Cano was on paid time off until 8/17/2020.*

**On 8/11 I sent Cano and copied Mark Paladino an email that I was attaching three doctors' letters about my medical conditions – the 3/19 and 5/18 doctors' notes, plus a new one from Oleksii Seniutkin, MD, stating that "Ms. Johnson would benefit from remote work" due to multiple medical conditions. Seniutkin wrote that my brain injury and cerebrovascular disease were COVID risks beyond the asthma**.(He also, rather charmingly, misspelled the word for faceblindness). I emailed Cano and Paladino that I had terrific marketing and sales skills for remote work, realized his admin staff were overloaded, a great home-office setup, good technical skills and had been volunteering at home in a

**Extra pages for section 13 of complaint of discrimination Betty Johnson P7**

leadership capacity. I asked for help accessing G4S's employee portal to look up jobs (it involves manyfactor authentication, I'd tried it and found it obstructive). G4S's portals were effectively grandma-trapped at outset, as I call anything involving 4+ factor authentication, but now EVERYTHING was locked and HR systems had changed. I got no response on my cheery, good-faith inquiry.

**8/11/2020 10:30 PM fired.**

T**his reasonable accommodation of home work was not given and in retaliation I was terminated 8/11 at 10:30 PM "for inability to return from medical leave".** *It seemed like HR was actively trying to offload older people and people with comorbidities that put them at liability risk should the person die due to public work, and known public transit exposure to COVID.* Administrators knew I used transit and trained in Willowbrook in November 2019 snow by walking 5+miles to the Willowbrook office from a train. Also I got slammed by staff at a rich library for being so poor and by my managers for being so poor as to take transit. Transit is a Covid risk.

**I can support the claim of G4S offloading staff presenting Covid liabilities due to comorbidities and age** from their own PR emails and also manager texts memorializing older employees who died from Covid after working with the public. They're numerous.

**I can support an age discrimination claim** because I responded to a new rule in January 2020 that employees not sit at all during a 4-hour shift; that that hurt my hips due to effects of aging. Also I was supposed to be outside in mid-winter without gloves and said I had an issue of aging with that. Also Cano has met and spoken with me; I am clearly over 40. Meanwhile local offices seemed swamped with admin work, administrators' leaves and PTOs etc. But Cano refused me even help with the employee portal to see if advertised work-from-home jobs existed. **In this light I can see my termination as retaliation also for asking about other positions that accommodated my disabilities.**

**In terms of gender, nothing beats getting slammed for 'bicycle smile' and getting hair and clothes yanked on to loosen or tighten them. Also the comments.**

**In terms of retaliation, the timing is critical; I was fired within hours of requesting accommodation. No reasonable offer of work was being given and in fact libraries had very few hours available and long-time staff had them, so that was a straw man. Employees were deliberately locked out of portals to block them from trying to maintain employment, and HR appeared to be selectively offloading older workers without patience or experience to re-engage with new portals.**

G4S is worldwide, big regionally, and has plenty of work but this reasonable accommodation of home work was not given whereas sometimes less-qualified staff were still sheltering working from home, at home with PTO or vacation, or on other leaves. They had massive absences. I have proven that there was need of my services; staff was notably absent, and I was qualified. **My resumes attached have lots of marketing, administration and supervision.They (G4S) did not engage in a process with me. Reassignment Is a reasonable form of accommodation and G4S did not provide evidence of hardship in providing that; instead they had an obvious need for creative help.** A creative manager would have placed me for some staff and organizational relief. I tried to creatively fit THEIR obvious need. They terminated, failed to promote, failed to stop harassment retaliated against my assertion of rights, had me work unpaid time. See selected staff bio links below:

OTHER STAFF BIO LINKS:

G4S Administrative Staff LinkedIn Profiles similar to my resumes:
**Anthony Cano, G4S Human Resources Manager** - https://www.linkedin.com/in/anthony-cano-2b5b6a50/
https://www.linkedin.com/in/anthony-cano-2b5b6a50/

**Extra pages for section 13 of complaint of discrimination Betty Johnson P8**

MPA Masters from SIU Carbondale, undergrad the same, I am all but thesis MA in Arts Administration.
**Marquita Dorsey Project Manager**- https://www.linkedin.com/in/marquitadorsey/
BA from Ashford University, MPA in Nonprofit Management from Capella University. Basically a project manager or site supervisor.
**Brittney Thomas, Recruiter** - linkedin.com/in/thewiserise. Has gotten an associate's degree in business administration from Colorado Technical University since 2022, 1-year degree, and has had a number of phone-appearing recruiting jobs since Covid's first wave.
**Susan Badger – Office Manager** - linkedin.com/in/susan-badger-40550023
Lyons Township High School only; knew her when she owned specialty printer SW suburbs 2003.
Retired, did more with her HS degree than everyone else with a BA or beyond. I have looked up other staff and it all goes like above.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Betty Johnson

_____

Plaintiff(s).

v.

G4S Secure Solutions USA
Allied Universal Security Services LLC
& Universal Protection Service LLC

Defendant(s).

(EEOC Case - 440-2021-54199

Case Number: _____

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Betty Johnson of the county of Cook in the state of Illinois.
   (113, see attach (1) - attached indicm's against's

3. The defendant is G4S Secure Solutions USA , whose street address is 701 Willowbrook Centre Parkway.
   (city) Willowbrook (county) Dupage (state) IL (ZIP) 60527
   (Defendant's telephone number) (630) 402-6324. Corporate/now assigned to an unrelated business that was perilous

4. The plaintiff sought employment or was employed by the defendant at (street address) in April 2012
   Chicago Public Library from North Washington Library, Chicago 4100 S State (city) Chicago
   (county) Cook (state) IL (ZIP code) 60605

Various Chicago Public Libraries. My post changed weekly and sometimes daily. Main Chicago Public Library address is above. But I was posted in Oriole Park, Lincoln Park, The Near West side, Buena Park, Far NW side and other locations and we had meetings in rented storefronts across town.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

extra page for section 2. of
complaint of employment discrimination

(2.) Defendant 1/3 G4S Secore Solutions USA still lists agent as
Sanga-  Prentice Hall Corp, 801 Adlai Stevenson Drive, Springfield
mgn  IL, 62703; appears to now operate as Corporation Service Company
Co.  (see below) in Springfield. 217-544-5900 same address.

Defendant 2/3 Allied Universal Security Services LLC (Chicago or
(aus.com 2/3 Cook 6 303 East Wacker Drive Ste 1500 Chicago IL 60601
312 755 0200, other suburban/regional locations in I

Agent  Illinois Corporation Services Company / Corporation Services
Cook Co1  801 Adlai Stevenson Drive Springfield IL 62703
217-544-5900

Defendant 3/3 - Universal Protection Service LLC, 801 Adlai
Sangamon  Stevenson Drive, Springfield IL 62703
Co. / ty IL  per ILSOS business listing (Secretary of State)
Wilbesare his turn up addresses for it that are
Rosemont and Tinley Park locations of Allied
Universal but phone #s disconnected. There
was a Fair Labor Standards Act case filed
against them July 26 2022 though -
James vs. Universal Protection Service, LLC
3:2022 cv 1668 in US Dist Court for Southern
District of IL (Plaintiff seems to have exhausted
out & missed deadlines)
→ So use same address as others. (801 Adlai.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) December . (day) 15 , (year) 2019 .

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒ *has* ☐ *has not* filed a charge or charges against the defendant

        asserting the acts of discrimination indicated in this complaint with any of the

        following government agencies:

        (i) ☒ the United States Equal Employment Opportunity Commission, on or about

The first round of oppress code 9.1.9?

        (month) May (day) 24 (year) 2021

ALSO did file wit Chicago Commission Human Relations Cy 2/1/21

        (ii) ☒ the Illinois Department of Human Rights, on or about

        (month) May (day) 24 (year) 2021

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is

        attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month) _____ (day) _____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b)   The plaintiff received a Final Agency Decision on (month) _____

(day) _____ (year) _____ .

(c)   Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes   ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes   ☐ N0, but a copy will be filed within 14 days.

8.   *(Complete paragraph 8 only if defendant is* not *a federal governmental agency.)*

(a) ☐   the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☒   the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month) 0 7 _____ (day) 11 _____ (year) 2 0 2 3 a copy of which

*Notice* is attached to this complaint.

9.   The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10.   If the defendant is a state, county, municipal (city, town or village) or other local

governmental agency, plaintiff further alleges discrimination on the basis of race, color, or

national origin (42 U.S.C. § 1983).

11.   Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims

by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42

U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the

Rehabilitation Act, 29 U.S.C. § 791.

12.   The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☒ failed to promote the plaintiff.

(d) ☒ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights
protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): had/made me work unpaid time daily before
and after clock in/clock out, and forced me outside in -20°F
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]
windchills with no coat, gloves, hat, outerwear, in just
thin pants and shirt.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13.  The facts supporting the plaintiff's claim of discrimination are as follows:

Please see attached

14.  *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.  The plaintiff demands that the case be tried by a jury. ☐ Yes ☒ No

16.  THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a)    ☐ Direct the defendant to hire the plaintiff.

(b)    ☐ Direct the defendant to re-employ the plaintiff.

(c)    ☐ Direct the defendant to promote the plaintiff.

(d)    ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)    ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f)    ☐ Direct the defendant to (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g)   ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h)   ☒ Grant such other relief as the Court may find appropriate.

_Betty_ _(signature)_
(Plaintiff's signature)

Betty Johnson
(Plaintiff's name)

3312 S. Carpenter #1RR
(Plaintiff's street address)

(City) Chicago   (State) IL   (ZIP) 60608

(Plaintiff's telephone number) (872) - 239 2653

Date: October 3, 2023

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

## LIST OF EXHIBITS

**Exhibit 1 – 7/11/2023 received in mail and read c. 07/23/2023** -EEOC Notice of Right to Sue

**Exhibit 2 –11/03/2019** Resume Submitted November 2019 to get job

**Exhibit 3 – 11/03/2019 submitted approx.** - BA Diploma

**Exhibit 4 – 12/29/2019** -Possibly unpaid training location; spoke out about 11-year-old assault victim's name publicized.

**Exhibit 5 –01-06 to 01-16 2020** Vessa leave, 2 pages, using pronouns they/them to describe me.

**Exhibit 6 – 01-17-2020** Change in work location, loss of work hours directly following above

**Exhibit 7 – 02-07-2020** Downtown meeting with supervisor hypersexualizing my use of bike as transportation.

**Exhibit 8 – 02-24-2020** Sick form following my assistance to library patron with severe Covid symptoms

**Exhibit 9 – 11/18/2019 given.** Handbook entries detailing G4S's obligation to provide PPE/face PPE, ban on employees supplying that.

**Exhibit 10 – 03/19/2020** Medical form

**Exhibit 11 – 03/20/2020** -FMLA form

**Exhibit 12 – 03/21/2020** Acknowledgement of FMLA form sent next day

**Exhibit 13 – 03/202020** Correspondence about leave, CTA risk (city was under shelter in place order)

**Exhibit 14 – 04/13/2020** Access blocked to benefits /HR center

**Exhibit 15 – 04/23/2020** No PPE though staff newsletter says it has plenty we were outright denied it as Covid hit.

**Exhibit 16 – 04/30/2020** Dead people in newsletter. Employees.

**Exhibit 17 – 05/07/2020** More Covid-affected employees; CYA risk management, HR system changed in newsletter. Also some signs of improper volunteering when in paid positions.

**Exhibit 18 – 05/18/2020** Correspondence

**Exhibit 19 – 05/18/2020** Correspondence

**Exhibit 20 – 05/19/2020** Medical form

**Exhibit 21- 06/15/2020** Medical form; note that there were no positions appropriate for no mask; CDC said mask in crowds.

**Exhibit 22 -07/28/ 2020** Medical form – MRI for brain injury; I get consistent checks and have much more data.

**Exhibit 23 – 08/06-08/11 2020** P1, P2

**Exhibit 24 – 08/11/2020** Medical form

**Exhibit 25 – 08/06/2020** Resume August 2020; tried to submit but blocked, access denied.

**Exhibit 26 – 08/11/2020** More G4S administrative staff PTO/out of office

**Exhibit 27 – 08/11/2020 10:30 PM** Fired.



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Exhibit 1

**New Orleans Field Office**
500 Poydras Street, Suite809
New Orleans, LA 70130
(504) 635-2531
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/11/2023

**To:** Betty Johnson
3312 S. Carpenter, #1RR
Chicago, IL 60608
Charge No: 440-2021-04199

EEOC Representative and email:    KORY FASCIO
Investigator
kory.fascio@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2021-04199.

On behalf of the Commission,

Digitally Signed By Rayford O. Irvin
07/11/2023

Rayford O. Irvin
District Director

**Cc:**
Jennifer Pope
MARTENSON, HASBROUCK & SIMON LLP
2573 Apple Valley Road NE
Atlanta, GA 30319

Kara Nickholds
G4S SECURE SOLUTIONS
1395 UNIVERSITY BLVD
Jupiter, FL 33458

*exhibit 1 p2*

Please retain this notice for your records.

*p 2 det of right to sue*

*[handwritten annotations: "exhibit 2", "resume sub-mitted Nov 2019", "applied with"]*

**BETTY JOHNSON**
beajohnson625@gmail.com; 872-239-2653
3312 S. Carpenter #1RR Chicago IL 60608

**EDUCATION: BA, University of Chicago; MA, Arts Administration, School of Art Institute** *all but thesis.*

**SKILLS:**

Marketing, sales and management for corporate, associations, and nonprofits. Event sales and marketing. Client services. Convention and conference management. Lead development. Computer literate. Financial reports. Board/Committee development. Hiring and training. Business development and growth. Collaboration and teamwork. Customer service.

**WORK:**

**Museum of Science and Industry, Facilitator. Holiday season 2018-19, Summer 2019, contract just ended.**
Engaged large diverse crowds with science content while operating very big things that go bang, whoosh and squish.

**AF Services, Convention Connection, Action Figures et al. Tradeshow Assistant. October 2012-ongoing.**
Market music, art and corporate events to dignitaries. Exhibit setup and staffing. Manage continuing ed., registration, concierge, sessions, security. **Industries:** Medical government, environment, home, media, SAS, food, manufacturing.

**Merchandise Mart. Showroom Assistant. December 2018-occasional.** Assist sale of custom kitchen cabinetry.

**TelePro Group, Market research, lead production, sales and client relations. July 2012-May 2017.**
- **Membership Director, Airforwarders' Association, 2 years.** Doubled enrollment, aided members' growth.
- **Marketer, Keyence, 2 years.** Found leads, contacted CNC, fabrication, manufacturers; sold machine vision tech.
- **Marketer, Lead Developer, School Specialty, 2 years.** Sales to school libraries, districts or buying groups.

**Seabury Episcopalian Seminary, Accreditation Assistant/Thesis Instructor, December 2012-May 2013.**
- Evaluated classes, programming, and institutional structure toward successful reaccreditation.
- Writing instructor/coach to Northrup Grumman engineer, my PhD candidate who graduated!

**Corcoran Expositions, Tradeshow Sales, 2006-2011.**
- Exhibit booth marketing and sales and show/client management across US. All business, govt., nonprofit sectors.
- Greatly improved underperforming exhibit floors. Doubled and tripled income from associations' meetings.
- Vastly built leads databases and solid continuing contacts across diverse industries.

**Leukemia and Lymphoma Society. Fundraiser, 2004-2006**
- Marketed IL school fundraising program. Created, developed, tracked leads, logistics and relationships.
- Raised 3x goal (600K) and built a continuing fundraising structure with schools, districts, and teachers.

**UIC Great Cities/TASC/Chicago State, Grantwriting Assistant. 4 years.** Got big NIH grants. HIV prevention.

**Chicago Tribune, Editorial Board Assistant. 1 year.** Edited editorial cartoons and commentary, hosted dignitaries.

**American Professional Society on the Abuse of Children, Membership Director, 7 years.**
Built ~100 members to 6000. Helped design, edit publications. Started conferences, state chapters. Obtained grants. Designed and marketed referral system, trainings. Financial planning/reporting. Edited U.S. Supreme Court *amicus* brief.

*[handwritten right margin: "NS Vn", "Nat", "V ft N", "PH", "rn", "blon", "T"]*

*******************************************

**VOLUNTEER:** Leikarringen (Norwegian Dance Troupe), U. of C. Folk Fest, Project Onward, Nordic Folk Dancers, CAASE, LISC, Irish Heritage Center, Vasa Park, Race Judicata, Tall Ships, Old Town Art Fair, Green City Market.
**HOBBIES:** Hike, bike long distance. Big fan of forest preserves. Sew, knit, crochet, do fabric art/tapestries.
**ART STUFF:** Museum work in Chicago and Nova Scotia. Exhibit in Chicago. Promote local arts groups.

exhibit 3 BA diploma



# THE UNIVERSITY OF CHICAGO

ON THE RECOMMENDATION OF THE FACULTY
AND BY VIRTUE OF THE AUTHORITY VESTED IN THEM
THE TRUSTEES OF THE UNIVERSITY HAVE CONFERRED ON

## BETTY JOHNSON

THE DEGREE OF

### Bachelor of Arts

THE COLLEGE
TUTORIAL STUDIES

AND HAVE GRANTED THIS DIPLOMA AS EVIDENCE THEREOF
GIVEN IN THE CITY OF CHICAGO IN THE STATE OF ILLINOIS
IN THE UNITED STATES OF AMERICA IN THE YEAR
ONE THOUSAND NINE HUNDRED AND NINETY-TWO
ON THE TWENTY-EIGHTH DAY OF AUGUST



(312) 907-5346,...
9 people

*exhibit 4 possibly unpaid training - fought for & got pay*

\*\*\*Mandatory Training\*\*\*

 Sunday December 29th from 8am to 10am. 5401 S. Wentworth Ave. Ste 12E. It's in the mall next to Family Dollar store.

*Text string was not screened or bcc'd so many guards asked if it was paid and we were told Nabors/supervisor didn't know*

No uniform

*but we had to show up. Also training exposed name, mothers name + neighborhood of 11-year-old sex assault*

Let me know you got this text

*victim to 150 people.*

11:06 AM

MMS



Type message

Send



exhibit 5 Vessa Kau

# Request for Leave or Approved Absence

**INSTRUCTIONS FOR EMPLOYEE:** Sign and submit completed form to your supervisor.

**Name (Last, First, Middle):** Betty Johnson

**Last 4 digits of SSN:** 7872

**Date of Hire:** late Nov 19 (Nov 26 ish 2019)

**Day(s) Off Requested:** 1/6/20 – 1/16/20

**Return-to-Work Date:**

**Type of Leave:** VESSA

Non-Overhead Employees, Exempt and Non-Exempt, will be paid leave in accordance with client contract, collective bargaining agreement and/or federal, state or local laws or regulations. If Family or Medical Leave (FMLA) is requested, please include reason.

I understand that leave must be requested and approved in advance, where foreseeable. I understand that I must provide sufficient information so the proper type of leave can be determined. I understand that I am responsible for keeping my supervisor informed of any change in this request. I certify that the leave/absence request above is for the purpose(s) indicated. I understand that I must comply with company procedure for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action up to and including termination of employment.

**Note:** During FMLA, G4S Secure Solutions (USA) Inc. will maintain the employee's health coverage under any group health plan on the same terms as if the employee had continued to work. To continue medical and other insurance coverage, the employee must continue to make any contributions that he or she made before taking leave. Failure of the employee to pay his or her share of the premium may result in loss of coverage. If the employee elects to cancel medical and other insurance coverage during FMLA, he or she can be reinstated without a waiting period upon return from leave. If payments are not made while on leave, a retroactive deduction will be made from the employee's paycheck upon his or her return, to the extent permitted by law, until said coverage is no longer in arrears.

**Employee Signature:** Betty

**Date:** 1/13/20

## TO BE COMPLETED BY LOCAL OFFICE ADMINISTRATIVE STAFF

MEDICAL INFORMATION IS CONFIDENTIAL AND MUST BE KEPT IN SEPARATE FILES WITH LIMITED ACCESS (AND NOT IN PERSONNEL FILES). Complete definitions of the various types of leave and the rules governing their use are found in the policy manual. Additional information and assistance is available from Corporate Human Resources. Local office management is responsible for approving and certifying the use and type of leave.

**Indicate Type of Leave Approved:** _____

**Indicate Number of Hours:** _____

| SUPERVISOR APPROVAL | MANAGER (FIELD/HQ) APPROVAL |
|---|---|
| DATE | DATE |



**RESILIENCE**
EMPOWERING
SURVIVORS
ENDING SEXUAL
VIOLENCE

180 North Michigan Ave.    312-443-9603    tel
Suite 600                  312-443-9602    fax
Chicago, IL 60601          ourresilience.org

*exhibit 5 vessa Geve p2*

*Beajchnson 625 ⓑ*
*9mail*
*townceda <ⓑ gmail com*

13 January 2020

RE: Betty Johnson

To Anthony Caro,

My name is Lizzie Berry and I am a Legal and Medical Advocate with Resilience. Resilience is a non-profit organization providing free counseling, legal and medical advocacy to survivors of sexual assault and abuse. We have served the metropolitan area of Chicago for over 40 years, and are a well-established and nationally recognized expert in the field of sexual violence.

I write to inform you of an Illinois law that provides employment protection for employees who are victims of domestic and sexual violence and for employees who have a family or household member who is a victim. The law is called the Victims' Economic Security and Safety Act, or VESSA (820 ILCS 180).  VESSA provides unpaid, job-guaranteed leave related to the violence. It also prohibits an employer from discriminating against an employee because they are a victim of domestic or sexual violence, because their family or household member is a victim, or because they requested leave to deal with the domestic or sexual violence.

This is a formal notice that Betty Johnson is a client of Resilience. They will need time off in order to attend to their VESSA-related needs such as recovering from physical or psychological injuries, obtaining victim services, going to court or meeting with the police. Betty Johnson does not in any way waive her privilege under the Confidentiality of Statements Made to Rape Crisis Personnel statute, 735 ILCS 5/8-802.1

Please keep in mind that you must keep all of this information **confidential**. The law prohibits sharing information with anyone that Betty Johnson is taking time off because of domestic or sexual violence.

Should you have any questions regarding the contents of this letter please contact me directly.

Sincerely,

*Lizzie Berry*
*Legal/Medical Advocate*
*312.443.9603*
*lberry@ourresilience.org*



**(312) 907-5346**

for the week (exhibit 6 change in work location)

*Hours fluctuated weekly as did locations after Oriole Park Library*

**Tuesday Lincoln Park** *dumped me for being too old/outerwear too masculinized in January, -20°*

**2-8**

**Wednesday Lincoln Park** *wind chills*

**12-6** *Hours also/location also changed at night for next day without*

**Thursday Lincoln Pk 2-8**

**Friday Lincoln Park 1-5** *required) extra pay.*

**Saturday Lincoln Park** *At one point I was told to hop in a stranger's car to change location and refused.*

**1-5**

*C| 1/17/2020*

*most weeks I worked 3-5 locations*

Let me know you got this text

1



Type message                    **Send**



➕ 🔴 📘 📘 🔴 📘 📘 LTE ☀ ▪️ 51% 🔋 5:00 PM

‹ 😊 (312) 907-5346 📞 📎 ⋮

## Feb 7, 2020

*** Mandatory Training
** (exhibit 7 downtown meeting)

February 12, 2020
downtown office 1122
N. LaSalle
11am-1:30pm
No uniform
Please be on time

Let me know you got
this text

9:54 AM

*[Handwritten annotations:]* Biked, supervisor Maxine Nabors made comments hyper sexualizing my use of bike. Note that I did not / noone hyper-sexualized her gear shift, drive shaft or ignition although that is equally possible and stupid,

Yes

1



| Type message | Send |



bridgeport free clinic

Patient Betty Johnson

exhibit 8 sick form
after helping library
client extremely ill
with all covid symptoms -
Was seen + examined on  extreme headache red eyes
high fever

2/24/2020. She is clear

to return to work as

of 2/26/2020. For any

questions call 773-888-3368

John Murray, MD

bfc.uchicago.edu

From G4S employee handbook

# Section Thirteen:

# Personal Protective Equipment

There may be security posts during your career where the use of additional Personal Protective Equipment (commonly referred to as PPE) will be recommended and perhaps required. Consult your Post Orders for the PPE needed.

*[handwritten: ex gloves, mask]*

Personal protective equipment for the eyes, face, head, and extremities (e.g., protective clothing, respiratory protection devices, and protective shields and barriers) shall be provided, used, and maintained in a sanitary and reliable condition. PPE should be American National Standards Institute (ANSI) approved where appropriate.

Employees shall not provide their own protective equipment (with the possible exception of footwear). All personal protective equipment will be approved by G4S.

## Head Protection

Head protection (hard hats) must be worn in areas where there is a possible danger of head injury from impact, falling/flying objects, electrical shock or burns. Hard hats will be worn in all posted head protection areas and in all construction areas on the site. All head protection shall meet the requirements of the applicable ANSI standard.

## Eye and Face Protection

Safety glasses with side shields or protective eyewear having adequate angular protection (e.g., spectacles with non-removable lens, goggles) shall be worn in all posted workplaces where eye protection is required except when the areas are shut down or closed during off-shift hours.

68



*[handwritten: exhibit 9 handbook]*

**JOHNSON, BETTY (id #51803, dob: 04/23/1965)**



**PrimeCareHealth**
COMMUNITY HEALTH CENTERS

mailed 3/24 rcvd 4/

exhibit 10 ned form

### Return to Work / School

**Patient:** Johnson, Betty
**DOB:** 04/23/1965
**Address:** 3312 S Carpenter Apt 1rr
Chicago, IL 60608

**Date:** 03/19/2020
**Patient ID:** 51803

Note to patient:

___ May return to work/school on:

_x__ May not return to work/school due to having asthma and given current pandemic of COVID-19, it is recommended to avoid exposure.

___ Work limitations:

___ May not participate in physical education:

___ May return to physical education:

___ Limitations for physical education:

___ May not participate in jury duty:

Sincerely,

Electronically Signed by: JAVIER GUEVARA JR, MD

*exhibit 11 FMLA*

# Certification of Health Care Provider for Employee's Serious Health Condition (Family and Medical Leave Act)

**U.S. Department of Labor**

Wage and Hour Division



DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT

OMB Control Number: 1235-0003
Expires: 5/31/2018

## SECTION I: For Completion by the EMPLOYER

**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

Employer name and contact: G4S - Anthony Cano - 630-920-4432

Employee's job title: Security    Regular work schedule: 2-8 Mon 2-6 Tue 2-8 [weekly]

Employee's essential job functions: Security guard at Library

Check if job description is attached: _____

## SECTION II: For Completion by the EMPLOYEE

**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 20 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name: Betty    Johnson
First    Middle    Last

## SECTION III: For Completion by the HEALTH CARE PROVIDER

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), genetic services, as defined in 29 C.F.R. § 1635.3(e), or the manifestation of disease or disorder in the employee's family members, 29 C.F.R. § 1635.3(b). Please be sure to sign the form on the last page.

Provider's name and business address: Javier Guevara Jr MD

Type of practice / Medical specialty: GP

Telephone: (773) 278 6858    Fax:( )

G4S Secure Solutions
1395 University Blvd
Jupiter, FL 33458

*only acknowledgement of FMLA*

*exhibit 12 acknowledgement of FMLA*

Print Date: 04/10/2020

Betty Johnson
3312 S. Carpenter
1RR
Chicago, IL 60608

To:         Betty Johnson

LOA Date:   03/21/2020   *only acknowledgement of FMLA*

Subject:    Benefits While on Leave of Absence

Our records indicate that you have recently been placed on a leave of absence. This is to advise that your benefits will continue while you are on a leave of absence for as long as you remain on a leave of absence.

You have the option of voluntarily cancelling your benefits effective the day of your leave and you have 30 days from the day of your leave to do so.

If you would like to cancel your benefits effective the day your leave begins, please visit the G4S Benefit Service Center online at https://G4S.BenefitsNow.comor call the G4S Benefits Service Center at 1-844-474-6626. Benefit Representatives are available to help you Monday through Friday, 10 a.m. to 7 p.m. Eastern Standard Time.

PLEASE NOTE: If while on leave you would like to make benefit election changes based on a qualified life event other than your Leave of absence event (example: adding a newborn to your plans based on Birth/Adoption), please call the G4S Benefits Service Center at 1-844-474-6626 to report your life event and request your election changes.

You can re-enroll when you return from leave by contacting G4S Benefits Service Center within 30 days following your return.

If you do not voluntarily cancel your benefits when you go on leave, your benefits will continue and you will be responsible for the insurance premiums equal to the amount that would otherwise be deducted from your paycheck. If you do not cancel your benefits and you do not make payments while on leave, any missed deductions will be collected from your pay automatically upon your return - and all at once.

Case: 1:23-cv-14605 Document #: 1 Filed: 10/06/23 Page 39 of 55 PageID #:39

4/12/2021          Gmail - I have asthma as an underlying condition. should I still be commuting on public transit and working at CPL?

 Gmail                                    Beatrice Johnson <beajohnson625@gmail.com>

# I have asthma as an underlying condition. should I still be commuting on public transit and working at CPL? *exhibit 13 correspondence*
1 message

**Beatrice Johnson** <beajohnson625@gmail.com>    *RC commute - city ha.)*    Fri, Mar 20, 2020 at 9:14 AM
To: Anthony Cano <anthony.cano@usa.g4s.com>    *ordered shelter in place*

I am Betty Johnson. SS ending 7872. I am grateful for the job and really love our great librarians. I am a bit fearful of the virus as I have asthma, controlled  when well but at risk if a respiratory illness hits.

I have signed up for ADP but there may be a separate benefits outsourcer I havent acccssed. My doctor is sending me a letter saying I am asthmatic. Is there a way to do a short term leave and put myself at less risk?

Thanks, Betty Johnson, stay safe I did read about a virus xluster in Willowbrook..



Statement Date: April 13, 2020

 A010525

Betty Johnson
3312 S. Carpenter
1RR
Chicago IL 60608

 **your benefits web site**
g4s.benefitsnow.com

**G4S Benefit Center**
844-474-6626
10 a.m. to 7 p.m. ET, Monday through Friday

*exhibit 14 access blocked*

# Your Access Information Has Changed

This statement confirms that on April 12, 2020 you created or updated your:

- User ID
- Password
- Security answers

### If You Didn't Change Your Information – Contact Us Immediately

To ensure your security and confirm your information, call G4S Benefit Center at 844-474-6626 if you didn't change your information on April 12, 2020.



  Gmail

Beatrice Johnson <beajohnson625@gmail.com>

## G4S Weekly Update No. 7 on Coronavirus
1 message

*exhibit 15*
*No PPE*

**Drew Levine** <northamericacommunications@usa.g4s.com>
Reply-To: northamericacommunications@usa.g4s.com
To: beajohnson625@gmail.com

Thu, Apr 23, 2020 at 12:02 PM



# G4S Weekly Update No. 7 on Coronavirus

Team,

We began this week with sad news of the passing of one of our employees due to COVID-19. The Virginia team lost **Earl Jackson**, a 63-year-old Global Security Operations Center Dispatcher in Richmond, Virginia, assigned to our Altria customer. He was a committed employee of G4S and gave the company 20 years of remarkable service. Earl will be remembered by his colleagues for his positive attitude, kindness, hard work and dedication to his job. He is survived by six children and eight grandchildren. Our team has been in contact with the family and will continue to support them as necessary. Please keep them in your thoughts and prayers as we mourn his loss.

#### Customer Update
We continue to work with our customers and organizations to manage the "new normal", and our teams remain focused on supporting customer needs. As we have discussed in previous communications, some customers have scaled back services and others have increased. Our teams are playing key roles to help companies identify ways to operate safely and according to guidelines set forth by governments and the medical communities. While COVID-19 has impacted us in ways we could not have imagined, it is also proving to be an opportunity for our entire company to work together to offer customers solutions that encompass our integrated security service offerings including, our Risk Operations Center (ROC), technology and integration, remote video monitoring and security personnel.

#### Protective Protective Equipment (PPE) Update
Despite a shortage of masks, gloves and sanitizer, the procurement team has been able to purchase the necessary quantities of personal protective equipment (PPE). COVID-19-related emergency PPE (including face masks, gloves and hand sanitizer) have been shipped to each Hub office which will distribute the consumables to branch offices. Please continue to reach out to procurement if further deliveries are required. Forecasting our future needs will be critical, and the procurement team requests that each field office provide their forecast for May and June to the Regional Directors of Operational Excellence by Wednesday, April 29:

*We did not get*
*any PPE*
*This anyhow we not*
*kept report 4 weeks*
*were several, 3rd reports*

- **Richard Dowden**, Central Region: richard.dowden@usa.g4s.com
- **Dianne Henry**, Northeast Region: dianne.henry@usa.g4s.com
- **Camille Montoya**, Western Region: camille.montoya@usa.g4s.com
- **Tiffani Grusky**, Southeast Region: tifani.grusky@usa.g4s.com

#### Educational Resources for Parents
With schools remaining closed for the foreseeable future, below is a list of additional educational resources that may be helpful to parents of school-age children:

*Maxine Nelson wrote she had*
*could no masks No mas...*

  Gmail

Beatrice Johnson <beajohnson625@gmail.com>

*exhibit 16 dead people*

## G4S Weekly Update No. 8 on Coronavirus
1 message

**Drew Levine** <northamericacommunications@usa.g4s.com>
Reply-To: northamericacommunications@usa.g4s.com
To: beajohnson625@gmail.com

Thu, Apr 30, 2020 at 3:04 PM



## G4S Weekly Update No. 8 on Coronavirus

Team,

I am deeply saddened to report that in the last week we lost three additional team members to COVID-19. Please join me in thanking them for their service and wishing their families peace during this difficult time.

The Virginia team is mourning the loss of **Earl Jackson**, a 63-year-old Global Security Operations Center Dispatcher in Richmond, Virginia, assigned to our Altria customer. He was employed with G4S for 20 years. Earl will be remembered by his colleagues for his positive attitude, kindness, hard work and dedication to his job. He is survived by six children and eight grandchildren.

**Richard Rashad** was an officer for Fifth Third Bank in Detroit. He was 72 and had worked with G4S for four years. He leaves behind a wife, Ayana, two daughters, a son and nine grandchildren. Richard was a star athlete as a child and carried his love of sports and children with him through life, coaching basketball and football until late last year. He loved dancing and singing to The Temptations. He will be remembered as a kind, gentle man and a dedicated and dependable officer. The Rashad family has created a GoFundMe to support the family as they prepare to deal with this loss. If you would like to support the family, please do so through the GoFundMe page link.

The team in New York lost **Jean Boisrond** who worked for G4S for more than six years at the GE customer site in Westchester, New York, and was 73 years old. He was originally from Haiti and eventually became a U.S. citizen. He is survived by his daughter and will be missed dearly by his teammates.

During these difficult times, I encourage you to use the resources available for your health and well-being. Please remember, resources such as the G4S Employee Assistance Program (EAP) is available to all G4S employees. Aetna frequently posts updates and provides videos, including counseling for anxiety. Please use this resource to support you and your family:

**Phone:** 866.486.4334
resourcesforliving.com
**Username:** G4S
**Password:** eap4u

**G4S Heroes**
Across the country, G4S employees are stepping up in the face of COVID-19. The number of G4S heroes across the region continues to impress me.

 Gmail

Beatrice Johnson <beajohnson625@gmail.com>

## G4S Weekly Update No. 9 on Coronavirus
1 message

**Drew Levine** <northamericacommunications@usa.g4s.com>
Reply-To: northamericacommunications@usa.g4s.com
To: beajohnson625@gmail.com

Thu, May 7, 2020 at 12:32 PM

*[handwritten: Exhibit 17 more covid employ-ees, cyg risk mgt, HR system changes]*

# G4S SECURE SOLUTIONS (USA) ANNOUNCEMENT

## G4S Weekly Update No. 9 on Coronavirus

Team,

While COVID-19 may be far from over it is certain that we are entering a new phase that has an air of optimism. The country is slowly beginning to open for business, and we are proud to be working with our customers to assist in planning and implementing reopening in the safest way possible. Our services will continue to be fundamental during this time, and we will need to work together to stand up customers that may have scaled back services just months ago.

This week I am happy to report that we have an increasing number of employees across the country who have successfully recovered from COVID-19 and are reintegrating back into our teams. Many have been missed by colleagues and customers, and we welcome them back with a solid elbow bump, which may not be as emotional as a hug, but it has even greater meaning now!

### Launch of Return to Work Assurance Program
As states begin to prepare to return to a new way of operating during the pandemic, organizations must consider how to ensure the safety of their employees and the public at large. Yesterday G4S announced the Return to Work Assurance program, a new, comprehensive solution set developed to assist organizations with security planning and implementation as they consider the reopening process during COVID-19. Based on the G4S Security Risk Management Model, the program will include comprehensive, integrated security solutions for compliance. We released the first featured solution, Temperature Solutions, yesterday as well.

There are a number of new marketing materials available about the program. If you have access to our internal systems, please review the Sales and Marketing Site for more information, including brochures, battlecards, promotional materials and the press release. Other team members, please review the new Website section for more information. Stay tuned for additional details in the days and weeks ahead.

### G4S Heroes
Across the country, G4S employees are stepping up in the face of COVID-19. Here are a few of their stories and what they are doing to help others in this time:

**Valentyn Misostov**, Global Account Manager, and the **management team at the Workday account** in the San Francisco office have helped increase employee morale by arranging free food deliveries to the team. COVID-19 has shut down the site and discontinued the location's cafeteria, but



with the customer's help the team organized meal delivery for the site's officers twice a week on all three shifts.



*May 7 p 2*

*exhibit 17 p 2*



The **G4S staff at Florida Medical Center** received praise from hospital management and staff for their support during COVID-19. Day and nighttime officers are appreciated for their work ethic, positive attitudes and willingness to go the extra mile for staff, patients and visitors despite difficult circumstances.

### Javelin Update

As you may have seen in John Kenning's communication this week, due to the impact of COVID-19, we will be putting a temporary hold on the Javelin program that was under way in Secure Solutions. The hold will begin on May 31. We expect Phase 1 of Javelin finance to be available in February 2021 and the complete platform — including finance, operations and human resources — to be available by November 2021.

*They changed systems and blocked our/not access. We could no longer see our data or apply to jobs*

### Educational Resources for Parents

For parents who may be in need of additional resources for their children while they are learning from home, our team has produced some new resources for you this week:

**Virtual Field Trips**

- San Diego Zoo: Pay a virtual visit to one of the best zoos in the country with live camera views of apes, giraffes, tigers, penguins and more.
- Virtual Farm Tours: Presented by the American Dairy Association, choose from several 45-minute videos that teach children from kindergarten to high school about life on the farm.

**Learning Tools**

- Project Gutenberg: A library of more than 60,000 free eBooks. Choose among free epub and Kindle eBooks, download them or read them online. You will find the world's great literature here, with focus on older works for which U.S. copyright has expired.
- Prodigy: With Prodigy, math homework is disguised as a video-game. Loved by more than 1 million teachers and 50 million students around the world, kids have fun and get rewards by correctly answering skill-building math questions.
- Dance Mat Typing: A fun way to learn touch typing in four stages, building on previous lessons and introducing new letters as you progress. At the end of each level, kids can test their typing speed and get a fun reward.

Thank you for your efforts to help stop the spread of this virus and for working with our customers during this challenging time. Please share the stories of the great work our teams deliver during COVID-19 here. Despite the difficulty of this situation, the hard work our team continues to put forth shows the strength of our company and the importance of our industry in times like these.

Sincerely, and with a virtual elbow bump,

**Drew Levine**
President
G4S Secure Solutions (USA)

4/12/2021                           Gmail - Betty Johnson here about the Chicago libraries reopening

 Gmail                                    Beatrice Johnson <beajohnson625@gmail.com>

## Betty Johnson here about the Chicago libraries reopening
2 messages
                                        Exhibit 18 correspondence

**Beatrice Johnson** <beajohnson625@gmail.com>                        Mon, May 18, 2020 at 8:30 AM
To: Anthony Cano <anthony.cano@usa.g4s.com>, Julie Barr <julie.barr@usa.g4s.com>

Hi there -

I hope everyone is well. I am hearing from Capt. Nabors that the libraries are reopening. My quarantine order as I know of today yet stands; I am re-checking things with my doctor. That may take time as they seem busy.

I do hope everyone is safe.

Betty Johnson
ID# 449744 CPL Account
3312 S Carpenter #1RR
Chicago IL 60608


**Julie Barr** <julie.barr@usa.g4s.com>                              Mon, May 18, 2020 at 9:45 AM
To: Beatrice Johnson <beajohnson625@gmail.com>
Cc: Anthony Cano <anthony.cano@usa.g4s.com>, Mark Paladino <mark.paladino@usa.g4s.com>

Good morning Ms. Johnson,

I have copied Mark Paladino in this email as Tony Cano is out of the office this week.

Thank you for letting us know.
[Quoted text hidden]
--
Julie M. Barr
G4S Secure Solutions (USA) Inc.
701 Willowbrook Centre Parkway
Willowbrook, IL 60527
Telephone: 630.920.4432, ext. 316
Fax: 630.920.4434
Email: julie.barr@usa.g4s.com
        www.g4s.com.us


This company is part of the G4S group of companies. This communication contains information which may be confidential, personal and/or privileged. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), please note that any distribution, forwarding, copying or use of this communication or the information in it is strictly prohibited. Any personal views expressed in this e-mail are those of the individual sender and the Company does not endorse or accept responsibility for them. Prior to taking any action based upon this e-mail message, you should seek appropriate confirmation of its authenticity. This message has been checked for viruses on behalf of the Company.

 Gmail

Beatrice Johnson <beajohnson625@gmail.com>

**Update.**
2 messages

oxhibit 19 correspondance

**Mark Paladino** <mark.paladino@usa.g4s.com>
To: beajohnson625@gmail.com

Mon, May 18, 2020 at 12:38 PM

Ms. Johnson. I forwarded your information about your upcoming availability to return to your post at CPL, to our scheduling manager. You indicated in your email that you are checking with your doctor regarding your return. Please let me know what your situation is regarding your return when you hear from your doctor, and forward a written return to work notice, if possible.

Thank you,

Mark Paladino
HR Generalist


G4S Secure Solutions (USA) Inc.
701 Willowbrook Centre Parkway
Willowbrook, IL 60527
Telephone: 630-920-4432
Fax: 630-920-4433
Email: mark.paladino@usa.g4s.com


This company is part of the G4S group of companies. This communication contains information which may be confidential, personal and/or privileged. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), please note that any distribution, forwarding, copying or use of this communication or the information in it is strictly prohibited. Any personal views expressed in this e-mail are those of the individual sender and the Company does not endorse or accept responsibility for them. Prior to taking any action based upon this e-mail message, you should seek appropriate confirmation of its authenticity. This message has been checked for viruses on behalf of the Company.

**Beatrice Johnson** <beajohnson625@gmail.com>
To: Mark Paladino <mark.paladino@usa.g4s.com>

Mon, May 18, 2020 at 2:42 PM

Thanks, I will see what the doctor says.
[Quoted text hidden]

PrimeCare Community Health • 1649 N Pulaski Rd, CHICAGO IL 60639-5207

**JOHNSON, BETTY (id #51803, dob: 04/23/1965)**


**PrimeCareHealth**
COMMUNITY HEALTH CENTERS

exhibit 20 medical
form

**Return to Work**

**Patient:** Johnson, Betty
**DOB:** 04/23/1965
**Address:** 3312 S Carpenter Apt 1rr
Chicago, IL 60608

**Date:** 05/19/2020
**Patient ID:** 51803

To Whom It May Concern,

Patient was screened by telehealth visit on: 05/19/2020

The CDC states that all employees of essential businesses with mild symptoms who have not been tested for COVID 19 may not return to work until 72 hours (3 days) fever free and at least 10 days from start of symptoms.

This patient:

_x__ has asthma as underlying medical condition which places her at risk for severe illness if contracts COVID-19. We respectfully request this is considered regarding Mrs. Johnson work duties.

Sincerely,

Electronically Signed by: JAVIER GUEVARA JR, MD

PrimeCare Community Health • 1649 N Pulaski Rd, CHICAGO IL 60639-5207

**JOHNSON, BETTY (id #51803, dob: 04/23/1965)**



# PrimeCareHealth
COMMUNITY HEALTH CENTERS

exhibit 21 hedical form

Date: 06/15/2020

To Whom It May Concern,

Mrs. Betty Johnson DOB 04/23/1965 is currently under my medical care. She is having shortness of breath when wearing a mask. We politely and respectfully ask that she is allowed to not wear a mask however, I recommend to take extra measures to mitigate contagion with SARS-CoV-2.

If there are any further questions or concerns, please do not hesitate from contacting me directly.

Sincerely,
Electronically Signed by: JAVIER GUEVARA JR, MD



**University** of
**Illinois**
Medical Center

Changing medicine. For good.

**Department of Radiology (M / C 931)**
**1801 West Taylor Street**
**Suite 1A**
**Chicago, IL 60612 – 7336**

*EXhibit 22*
*medical Form*
*RE: Chronic ischemia –*
*results always same – I*
*have head injury*

**Tuesday, July 28, 2020**

**To Whom It May Concern:**

This is to inform you that Betty Johnson was present in the Radiology
Department today for an MRI on 7/28/20.

Sincerely,

Richard Spearman
Radiology Department
Customer Service Assistant
Phone: 312-996-9200
Fax: 312-996-8097

**The Department of Radiology at the University of Illinois Medical**
**Center at Chicago**

4/12/2021                                    Gmail - employment status

 Gmail                                    Beatrice Johnson <beajohnson625@gmail.co|

## employment status
13 messages

Anthony Cano <anthony.cano@usa.g4s.com>          *exhibit 23 p1*          Thu, Aug 6, 2020 at 11:47 |
To: Beatrice Johnson <beajohnson625@gmail.com>

Hello Betty,
G4S needs an update on your status as you have over 140 days of no earnings and cannot keep you on the roster
without a tight timetable for return.  Please let us know by 8/12, if we do not hear from you your employment will be
terminated in good standing.

I hope to hear from you soon, thank you.

Anthony Cano
Manager, Human Resources Chicago Area
G4S Secure Solutions (USA) Inc.
701 Willowbrook Centre Parkway
Willowbrook, IL 60527
Office: 630.920.4432
Fax: 630.920.4433
Mobile: 312.287.4594
Anthony.cano@usa.g4s.com


This company is part of the G4S group of companies. This communication contains information which may be confidential.
personal and/or privileged. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s),
please note that any distribution, forwarding, copying or use of this communication or the information in it is strictly
prohibited. Any personal views expressed in this e-mail are those of the individual sender and the Company does not
endorse or accept responsibility for them. Prior to taking any action based upon this e-mail message, you should seek
appropriate confirmation of its authenticity. This message has been checked for viruses on behalf of the Company.


Beatrice Johnson <beajohnson625@gmail.com>                        Mon, Aug 10, 2020 at 2:52 |
To: Anthony Cano <anthony.cano@usa.g4s.com>

I have a doctor's appointment tomorrow evening to discuss this.
[Quoted text hidden]


Beatrice Johnson <beajohnson625@gmail.com>                        Tue, Aug 11, 2020 at 9:06 |
To: Anthony Cano <anthony.cano@usa.g4s.com>, Mark Paladino <mark.paladino@usa.g4s.com>

I have spoken to my team of doctors at Primecare this evening and have been addressing medical issues with them
during the pandemic. I am attaching three letters about my medical conditions and the recommendation that I should see
remote work with G4S. I am actually a terrific marketer and have an excellent home-office setup. I have volunteered a bit
online in a leadership role for some nonprofits. My technical skills aren't bad.

I have attempted to log in as staff to look for open positions with G4S and have hit some password/access trouble - can
someone help me with that?

Thanks, Betty.

On Thu, Aug 6, 2020 at 11:48 AM Anthony Cano <anthony.cano@usa.g4s.com> wrote:
[Quoted text hidden]

 Gmail

**Beatrice Johnson <beajohnson625@gmail.com>**

## Betty Johnson 3/ 6 Fwd: employment status
2 messages

**Beatrice Johnson** <beajohnson625@gmail.com>                                Fri, Aug 21, 2020 at 7:56 AM
To: mmonahan@legalaifchicago.org

exhibit 23 p 2

---------- Forwarded message ----------
From: **Beatrice Johnson** <beajohnson625@gmail.com>
Date: Tuesday, August 11, 2020
Subject: employment status
To: Anthony Cano <anthony.cano@usa.g4s.com>, Mark Paladino <mark.paladino@usa.g4s.com>

I have spoken to my team of doctors at Primecare this evening and have been addressing medical issues with them during the pandemic. I am attaching three letters about my medical conditions and the recommendation that I should seek remote work with G4S. I am actually a terrific marketer and have an excellent home-office setup. I have volunteered a bit online in a leadership role for some nonprofits. My technical skills aren't bad.

I have attempted to log in as staff to look for open positions with G4S and have hit some password/access trouble - can someone help me with that?

Thanks, Betty.

On Thu, Aug 6, 2020 at 11:48 AM Anthony Cano <anthony.cano@usa.g4s.com> wrote:
  Hello Betty,
  G4S needs an update on your status as you have over 140 days of no earnings and cannot keep you on the roster without a tight timetable for return. Please let us know by 8/12, if we do not hear from you your employment will be terminated in good standing.

  I hope to hear from you soon, thank you.

  Anthony Cano
  Manager, Human Resources Chicago Area
  G4S Secure Solutions (USA) Inc.
  701 Willowbrook Centre Parkway
  Willowbrook, IL 60527
  Office: 630.920.4432
  Fax: 630.920.4433
  Mobile: 312.287.4594
  Anthony.cano@usa.g4s.com

This company is part of the G4S group of companies. This communication contains information which may be confidential, personal and/or privileged. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), please note that any distribution, forwarding, copying or use of this communication or the information in it is strictly prohibited. Any personal views expressed in this e-mail are those of the individual sender and the Company does not endorse or accept responsibility for them. Prior to taking any action based upon this e-mail message, you should seek appropriate confirmation of its authenticity. This message has been checked for viruses on behalf of the Company

**3 attachments**

📄 **OleksiiSenuitkinletter.pdf**

PrimeCare Community Health • 1431 N Western Ave, Suite 406, CHICAGO IL 60622-1774

**JOHNSON, BETTY (id #51803, dob: 04/23/1965)**



# PrimeCareHealth
COMMUNITY HEALTH CENTERS

*exhibit 24 hedical form*

Date: 08/11/2020

To Whom It May Concern,

This letter confirms that BETTY JONHSON (DOB 04-23-1965) has multiple medical conditions, including asthma, hx of multiple head injuries, cerebrovascular disease, anosognosia. Considering the above, Ms. Johnson will benefit from remote work to avoid exposure to communicable diseases, including COVID-19, which brings excessive health risk to her due to her medical conditions.

Please do not hesitate to call our office for more information.

With kind regards,

Sincerely,

Electronically Signed by: OLEKSII SENIUTKIN, MD, RES

BETTY JOHNSON

Chicago, Il 60608 |beajohnson625@gmail.com

## QUALIFICATIONS

*OKhibit 25 august 2022*

- **Presentation and teaching skills,** crowd engagement, interviewing, data collection and analysis.
- **Organizational development,** identifying markets and paths to product recognition and sales.
- **Team building,** working collaboratively, identifying goals and timelines, hiring and training staff.
- **Nonprofit membership and project development,** fundraising, planning, budgeting, staffing.
- **Case management,** building collaboration across regional and national resources.
- **Publications writing** and editing, research design, grantwriting.

## EXPERIENCE

**Census Field Worker. 2020.** Interview respondents, collect household data. Many neighborhoods and housing types.

### Greater Bridgeport Mutual Aid Society, Hotline/Wellness Check Lead. March 2020-ongoing volunteer.
- Collaborative online development of structure, trainings, recruitment. From scratch! Resource list writer, lead.
- Lead on team development of community resources in era of COVID-19. Work with other neighborhood .orgs.

### AF Services, G4S, Corcoran Expositions, Event Security, Registrar, Tradeshow Sales. 2006-2020.
- Registrar, staff trainer, CEU monitor, event host, PERC carded security, presenter and dignitary support.
- Exhibit booth sales and show/client management across US. Tripled income for many shows, many industries.
- Sites: Chicago Public Library, McCormick Place, Stephens Center, Arts District, Merchandise Mart, Lyric Opera.

### Museum of Science and Industry, Facilitator. 2018-2019.
- Created, presented content on weather, medicine, tech. Engaged large diverse crowds, operated large equipment.

**TelePro Group, Market Researcher, Sales, Staff Trainer. 2012- 2017.** Researched diverse fields; staff trainer.
- **Membership Director, Airforwarders' Association, 2 years.** Doubled enrollment, built member relations plan.
- **Marketer, Keyence, School Specialty, 2 years.** Sold precision manufacturing technology and educational tech.
  - Quickly learned what types of processes, companies could benefit from our precision equipment.
  - Found tech buyers at schools, districts or buying groups. Read district tech plans, capital projects.
- **Trainer** for incoming staff. Taught industry research, lead generation, cooperation with clients' staffs.

### Seabury Episcopalian Seminary, Accreditation Assistant/Instructor. 2012-2013.
- Managed successful institutional reaccreditation after detailed program evaluation and program development.
- Writing instructor for PhD program and M.Div. programs, successful graduation rate.

SKILLS Microsoft Office, POS systems, customer relations, data entry, phone marketing, administrative assistance.

## EDUCATION and CERTIFICATIONS

**U. Mass.-Dartmouth; U. Maine-Orono,** medicine, psychology and computer programming.
**University of Chicago, AB, Psychology Research/Art History.**
**City Colleges of Chicago,** business administration certificate.
**School of the Art Institute, MA, Arts Administration,** *all but thesis.*
**PERC card,** current to May 2023, **CPR/first aid/20-hour certificate.**
**AWSDA de-escalation/self-defense certificate** from UIC police.
**Serv-Safe certificate** for private events.

## ACTIVITIES

**Volunteer:** Leikarringen Heimhug (folk dance) U. of C. Folk Fest, Project Onward, CAASE, LISC, Tall Ships.
**Exhibit**: International Art Group, Co-Prosperity Sphere, Bridgeport Art Center, etc. Hike, bike, Forest Preserves.
**Cook:** Largely vegetarian, special-diet and low-salt dishes for large private events.

*References available on request.*

4/12/2021

Case: 1:23-cv-14605 Document #: 1 Filed: 10/06/23 Page 54 of 55 PageID #:54
Out of the Office Re: employment status - beajohnson625@gmail.com - Gmail

≡ **M** Gmail    Q    anthony cano

exhibit 26

C. 8/11 autoreply    more out of
office

Compose

Inbox                T (IXII)

# Out of the Office Re: employment status

Starred

**Anthony Cano** <anthony.cano@usa.g4s.com>

Snoozed

to me

Meet

I am out on PTO returning Monday 8/17. If you need immediate
attention, please contact the Willowbrook office at 630.920.4432.

New meeting

Operations - Mike Zajac

Join a meeting

Recruiting - Brittany Thomas

Admin/Payroll - Taryn Wiltgen

Hangouts

Benefits/Union - Debbie Russell
Training - Zohel Zabih

Beatrice          +

HR - Mark Paladino

Thank you.

Anthony Cano
Manager, Human Resources Chicago Area
G4S Secure Solutions (USA) Inc.
701 Willowbrook Centre Parkway
Willowbrook, IL 60527
Office: 630.920.4432
Fax: 630.920.4433
Mobile: 312.287.4594
Anthony.cano@usa.g4s.com

--

Anthony Cano

No Hangouts contacts

Manager, Human Resources Chicago Area

Find someone

G4S Secure Solutions (USA) Inc.
701 Willowbrook Centre Parkway
Willowbrook, IL 60527
Office: 630.920.4432
Fax: 630.920.4433
Mobile: 312.287.4594
Anthony.cano@usa.g4s.com

--

Gmail - employment status

attachments

OleksiiSenuitkinletter.pdf
42K

Guevara letter about mask.pdf
41K

COVID-19 Return to Work05192020.pdf
54K

exhibit 27 (red)

**Anthony Cano** <anthony.cano@usa.g4s.com>                    Tue, Aug 11, 2020 at 10:30 PM
To: Beatrice Johnson <beajohnson625@gmail.com>
Cc: Mark Paladino <mark.paladino@usa.g4s.com>

Thank you for your email, G4S can no longer keep you on our active roster and has to terminate your employment in
good standing for inability to return from medical leave.

Thank you.
[Quoted text hidden]
[Quoted text hidden]

**Beatrice Johnson** <beajohnson625@gmail.com>                    Wed, Aug 12, 2020 at 10:39 AM
To: akim@legalaidchicago.org

1 of about four messages, last one has attachments from my doctors. Note last doctor, from overseas, Seniutkin,
misnamed the condition where one does not recognize faces due to head injury but it matters little. There's enough there
for a reasonable accommodation.
[Quoted text hidden]

**Beatrice Johnson** <beajohnson625@gmail.com>                    Wed, Aug 12, 2020 at 10:40 AM
To: akim@legalaidchicago.org

2/4
[Quoted text hidden]

**Beatrice Johnson** <beajohnson625@gmail.com>                    Wed, Aug 12, 2020 at 10:41 AM
To: akim@legalaidchicago.org

3/4 has three attachments that I hope come through - doctors' notes.

---------- Forwarded message ----------
From: **Beatrice Johnson** <beajohnson625@gmail.com>
Date: Tue, Aug 11, 2020 at 9:06 PM
Subject: Re: employment status
[Quoted text hidden]
[Quoted text hidden]

**3 attachments**

OleksiiSenuitkinletter.pdf
42K

Guevara letter about mask.pdf
41K

COVID-19 Return to Work05192020.pdf
54K

**Beatrice Johnson** <beajohnson625@gmail.com>                    Wed, Aug 12, 2020 at 10:54 AM
To: akim@legalaidchicago.org